# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Caddell Yates Joint Venture | ) | ASBCA No. 59722 |
| | ) | |
| Under Contract No. N40085-08-C-1404 | ) | |

APPEARANCE FOR THE APPELLANT:      Harold D. Callaway III, Esq.
    Gulf Shores, AL

APPEARANCES FOR THE GOVERNMENT:      Ronald J. Borro, Esq.
    Navy Chief Trial Attorney
    Stephen L. Bacon, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 November 2015

MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59722, Appeal of Caddell Yates Joint Venture, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals